◼ In the Matter of ISADORE ADAMS, Petitioner, v QUEENS SUPREME COURT et al., Respondents. [648 NYS2d 346] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondents to halt all proceedings in the matter pending in the Supreme Court, Queens County, under Indictment No. 4457/95 entitled *People v Isador Adams.*

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (see, *Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. Bracken, J. P., Thompson, Goldstein and McGinity, JJ., concur.